# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMONI MASUD JOHNSON, | |
| Plaintiff | CIVIL ACTION NO. 4:18-CV-01714 |
| v. | (BRANN, J.) |
| SUPERINTENDENT MCGINLEY, et al., | (MEHALCHICK, M.J.) |
| Defendants | |

## **ORDER**

AND NOW, this 28th day of October, 2019, in accordance with the Memorandum filed concurrently herewith, and having determined that Plaintiff's amended complaint (Doc. 24) fails to state a claim upon which relief can be granted, Plaintiff is hereby granted leave to file an amended complaint within 30 days of the date of this Order, or on or before November 27, 2019.

BY THE COURT:

Dated: October 28, 2019

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States Magistrate Judge**