IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMONI MASUD JOHNSON, | No. 4:18-CV-01714 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Mehalchick) |
| SUPERINTENDENT MCGINLEY, *et al.*, | |
| Defendants. | |

# ORDER

### APRIL 28, 2022

Armoni Masud Johnson, a Pennsylvania state prisoner, filed this civil rights complaint, which he later amended, alleging that numerous defendants violated his constitutional rights during his incarceration.[1] In March 2022, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court deny Johnson's pending fraud claim motion, omnibus rule 60(b) motion, and omnibus motion to compel justice.[2] Johnson filed timely objections to the Report and Recommendation.[3]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report

---

[1] Docs. 1, 24, 34.
[2] Doc. 95.
[3] Doc. 100.

or specified proposed findings or recommendations to which objection is made.'"[4] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[5] After reviewing the record, the Court finds no error in Chief Magistrate Judge Mehalchick's recommendations. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 95) is **ADOPTED**;

2. Johnson's fraud claim motion (Doc. 80), omnibus rule 60(b) motion (Doc. 82), and omnibus motion to compel justice (Doc. 93) are **DENIED**; and

3. This matter is **REMANDED** to Chief Magistrate Judge Mehalchick for further proceedings.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[4] *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[5] 28 U.S.C. § 636(b)(1); Local Rule 72.31.